# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 571 Disciplinary Docket No. 3 |
| | : | |
| JAMES DANIEL HARRISON | : | No. 54 DB 2000 |
| | : | |
| | : | Attorney Registration No. 29575 |
| | : | |
| | : | (Philadelphia) |
| PETITION FOR REINSTATEMENT | : | |

# ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of October, 2020, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).